UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, GA
M. Regina ......... Clerk

MAR 18 2021

By: _____
Deputy Clerk

IN RE:  Ana Belmont            :
                               :   Case No.
Debtor                         :   Chapter 7
                               :
                               :   21-52236

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case:

[✓]    I attached pay stubs

OR

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other

_____
_____
_____

Dated: 3/15/21              _____
                                           Debtor

nefitschannel.com

# $ Paychecks

| | | |
|---|---|---|
| Name: | JASPER COUNTY BOARD OF ED | |
| ARIZMENDI, ANA G. | 1411 COLLEGE STREET | |
| Employee Number: 10522 | | |
| Check Number: 270638 | | |
| Check Date: 1/29/2021 | | |
| Pay Period End Date: 1/29/2021 | | |

| | Hrs/Days | Rate | Current |
|---|---|---|---|
| Classified Salary | | | 983.02 |
| **Gross Pay** | | | 983.02 |
| SOC. SEC. | | | 46.80 |
| MEDICARE | | | 10.94 |
| FED TAX | | | 0.00 |
| GA TAX | | | 0.00 |
| TRS | | | 58.98 |
| Pre Tax Deductions | | | 228.22 |
| **Net Pay** | | | 638.08 |

| Type | MTD Taken | YTD Taken | Balance |
|---|---|---|---|
| SICK | 10.00 | 43.25 | (23.75) |
| PERSONAL | 0.00 | 1.00 | 0.00 |
| ANNUAL DAYS | 0.00 | 0.00 | 0.00 |
| LWOP | 0.00 | 0.00 | 0.00 |
| OTHER DAYS | 0.00 | 0.00 | 0.00 |
| STAFF DEVEL | 0.00 | 0.00 | 0.00 |

| Pre Tax Deductions | Current |
|---|---|
| ANTH B EESP | 228.22 |
| **Total** | 228.22 |

| Employer Paid | Current |
|---|---|
| STATE HEALTH | 945.00 |
| TRS | 187.36 |
| FICA | 57.74 |
| **Total** | 1,190.10 |

**Electronic Fund Transfer**

| | | |
|---|---|---|
| ********6605 | Checking | 638.08 |

THANK YOU FOR ALL YOU DO FOR OUR CHILDREN.

[ Close ]  [ Current ]  [ YTD ]

10:58

nefitschannel.com

## $ Paychecks



**Name:** ARIZMENDI, ANA G.
**Employee Number:** 10522
**Check Number:** 270219
**Check Date:** 12/18/2020
**Pay Period End Date:** 12/18/2020

JASPER COUNTY BOARD OF ED
1411 COLLEGE STREET

| | Hrs/Days | Rate | Current |
|---|---|---|---|
| Classified Salary | | | 1,501.87 |
| Interpretive Services | | | 45.00 |
| CHRISTMAS BONUS | | | 75.00 |
| **Gross Pay** | | | **1,621.87** |
| SOC. SEC. | | | 86.40 |
| MEDICARE | | | 20.20 |
| FED TAX | | | 0.00 |
| GA TAX | | | 0.00 |
| TRS | | | 90.11 |
| Pre Tax Deductions | | | 228.22 |
| **Net Pay** | | | **1,196.94** |

| Type | MTD Taken | YTD Taken | Balance |
|---|---|---|---|
| SICK | 15.00 | 33.25 | (13.75) |
| PERSONAL | 0.00 | 1.00 | 0.00 |
| ANNUAL DAYS | 0.00 | 0.00 | 0.00 |
| LWOP | 0.00 | 0.00 | 0.00 |
| OTHER DAYS | 0.00 | 0.00 | 0.00 |
| STAFF DEVEL | 0.00 | 0.00 | 0.00 |

| Pre Tax Deductions | Current |
|---|---|
| ANTH B EESP | 228.22 |
| **Total** | **228.22** |

| Employer Paid | Current |
|---|---|
| STATE HEALTH | 945.00 |
| TRS | 286.26 |
| FICA | 106.62 |
| **Total** | **1,337.88** |

**Electronic Fund Transfer**

********6605    Checking    1,196.94

MAY YOU HAVE A SAFE AND MERRY CHRISTMAS AND A HAPPY NEW YEAR.

Close    Current    YTD

nefitschannel.com

# $ Paychecks

**Name:** ARIZMENDI, ANA G.
**Employee Number:** 10522
**Check Number:** 269805
**Check Date:** 11/30/2020
**Pay Period End Date:** 11/30/2020

JASPER COUNTY BOARD OF ED
1411 COLLEGE STREET

|  | Hrs/Days | Rate | Current |
|---|---|---|---|
| Classified Salary |  |  | 1,501.87 |
| **Gross Pay** |  |  | **1,501.87** |
| SOC. SEC. |  |  | 79.73 |
| MEDICARE |  |  | 18.65 |
| FED TAX |  |  | 0.00 |
| GA TAX |  |  | 0.00 |
| TRS |  |  | 90.11 |
| Pre Tax Deductions |  |  | 215.91 |
| **Net Pay** |  |  | **1,097.47** |

| Type | MTD Taken | YTD Taken | Balance |
|---|---|---|---|
| SICK | 15.00 | 18.25 | 1.25 |
| PERSONAL | 0.00 | 1.00 | 0.00 |
| ANNUAL DAYS | 0.00 | 0.00 | 0.00 |
| LWOP | 0.00 | 0.00 | 0.00 |
| OTHER DAYS | 0.00 | 0.00 | 0.00 |
| STAFF DEVEL | 0.00 | 0.00 | 0.00 |

| Pre Tax Deductions | Current |
|---|---|
| ANTH B EESP | 215.91 |
| **Total** | **215.91** |

| Employer Paid | Current |
|---|---|
| STATE HEALTH | 945.00 |
| TRS | 286.26 |
| FICA | 98.38 |
| **Total** | **1,329.64** |

**Electronic Fund Transfer**

| ********6605 | Checking | 1,097.47 |
|---|---|---|

HOPE YOU HAD A HAPPY THANKSGIVING. THE BOE IS THANKFUL FOR YOU.

**PRIORITY MAIL**
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES

**PRIORITY MAIL**

U.S. POSTAGE
$7.95
PM 1-DAY
30096 0006
Date of sale
03/17/21
06   2S   SSK
11486955

PRIORITY MAIL 1-DAY®

EXPECTED DELIVERY DAY: 03/18/21      0006

C039

SHIP TO:
75 TED TURNER DR SW
Atlanta GA 30303-3315

USPS TRACKING® ®



9505 5066 1906 1076 6613 20



EP14F May 2020
OD: 12 1/2 x 9 1/2

(restrictions apply).*
...tional destinations.
...required.
...lusions see the
...limitations of coverage.

...schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FROM: ANA BELMONT
416 BRUCE WAY
Lilburn, GA 30047

CLEARED
MAR 18 2021

TO:
United States Bankruptcy Court
RM 1340
75 TED Turner DR. S.W.
Atlanta, GA 30303