# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 21-52236-WLH | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | BELMONT, ANA | Date Filed (f) or Converted (c): | 03/18/2021 (f) |
| | | § 341(a) Meeting Date: | 04/27/2021 |
| For Period Ending: | 06/30/2022 | Claims Bar Date: | 12/14/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Ref. # — Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  One-Half Interest - 629 Wendy Drive, Montecello, GA 31064, Jasper County<br>Amounts listed reflect one-half the value and one-half of liens against property. Potential exemption of $11,200 not claimed. | 71,500.00 | 52,634.50 | | 0.00 | 129,900.00 |
| 2  2019 Chevy Silvarado, 15000 miles<br>Notice of abandonment filed, Dkt # 18. | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 3  furniture and appliances | 0.00 | 0.00 | | 0.00 | FA |
| 4  phone and computer | 250.00 | 0.00 | | 0.00 | FA |
| 5  Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 6  Checking account: IBC | 100.00 | 0.00 | | 0.00 | FA |
| 7  Retirement account: TRS | 5,000.00 | 0.00 | | 0.00 | FA |
| 7  Assets Totals  (Excluding unknown values) | **$117,050.00** | **$52,634.50** | | **$0.00** | **$129,900.00** |

**Major Activities Affecting Case Closing:**

9/14/2021  Request to Set Claims Bar date filed; Notice of Abandonment of 2019 Chevy Silverado filed

6/30/22 - Debtor and Trustee have reached a settlement regarding the equity in the real property. Debtor will pay the Trustee $20,000 in 24 monthly payments to purchase the equity in the property.  The settlement amount approximately reflects the amount required to pay administrative claims and timely filed unsecured claims in full.

7/20/2022 - Trustee is now in discussions with the co-owner regarding purchasing the equity in the real property or selling the residence.

**Initial Projected Date Of Final Report (TFR):**    09/30/2024            **Current Projected Date Of Final Report (TFR):**    09/30/2024